IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEMARCUS COLEY**                                                                                           **PLAINTIFF**
**ADC #175675**

v.                      **CASE NO: 2:23-CV-00222-BSM**

**CARLA D. NEAL**                                                                           **DEFENDANT**

## **ORDER**

Having reviewed the record *de novo*, Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 8] is adopted.

IT IS SO ORDERED this 22nd day of January, 2024.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE