IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEMARCUS COLEY**                                                                 **PLAINTIFF**
**ADC #175675**

v.                          CASE NO: 2:23-CV-00222-BSM

**CARLA D. NEAL**                                                                  **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE